IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH LAMAR TURNER,                                                                    PETITIONER
ADC #078741

v.                                             No. 5:14CV00390 JLH

WENDY KELLEY, Director,
Arkansas Department of Correction[1]                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that respondent's motion to dismiss (Document #8) is GRANTED, and Turner's petition for writ of habeas corpus (Document #2) is DISMISSED without prejudice. The requested relief is denied.

DATED this 20th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The petition named Ray Hobbs as the respondent. Mr. Hobbs retired as Director of the Arkansas Department of Correction on October 31, 2014, and Larry Norris assumed the duties of Interim Director on November 1, 2014. Wendy Kelley assumed the duties of Director on January 13, 2015. Pursuant to Federal Rule of Civil Procedure 25, Ms. Kelley is automatically substituted as the respondent in place of Mr. Hobbs.